UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM MOHAMED ADEN,<br><br>Plaintiff(s),<br>v.<br><br>RDK CORPORATION d/b/a SHADOW TRACKERS,<br><br>Defendant(s). | CASE NO. C25-1738-KKE<br><br>ORDER VACATING TRIAL DATE AND PRETRIAL DEADLINES |

The parties have notified the Court that they have settled this case. Dkt. No. 15. The parties request that while they finalize settlement, the Court vacate the case deadlines. *Id.*

In accordance with the parties' notice, the Court VACATES the trial date and pretrial deadlines previously set. Dkt. No. 14. The parties shall file a dismissal stipulation and proposed order no later than October 13, 2026.

Dated this 13th day of August, 2026.

Kymberly K. Evanson
United States District Judge